UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ACCESS 4 ALL, INC., a Florida Non-
Profit Corporation, and JOE HOUSTON,
Individually,

        Plaintiffs,                          Case No. 6:13-cv-00056-JA-TBS

vs.

BEALL'S, INC., a Florida Corporation,

        Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Access 4 All, Inc., a Florida Non-Profit Corporation, and Joe Houston, Individually, by and through their undersigned counsel, herein file this Notice of Voluntary Dismissal Without Prejudice as to Defendant, Beall's, Inc., a Florida Corporation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                                              Respectfully submitted,

                                              /s/John P. Fuller
                                              John P. Fuller, Esq. (FBN 0276847)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **28th** day of **January, 2013**, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF System. I further certify that a copy of the foregoing will be sent via U.S. mail and e-mail to Attorneys for the Defendant, Robert S. Fine, Esq., FineR@GTLaw.com, Greenberg, Traurig, P.A., 333 Avenue of the Americas, Miami, FL 33131.

<u>Access 4 All, Inc. and Joe Houston v. Beall's, Inc.</u>
Case No.: 6:13-cv-00056-JA-TBS

Respectfully Submitted,

<u>/s/John P. Fuller</u>
John P. Fuller, Esq.
Florida Bar No. 276847
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Telephone (305) 891-5199
Facsimile  (305) 893-9505
<u>jpf@fullerfuller.com</u>
*Attorneys for Plaintiffs*